**Dismissed and Memorandum Opinion filed August 16, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00609-CV

## DAVID BUZZELLI, Appellant

## V.

## MICHAEL "MATT" MILAN EMANUEL, MICHAEL KLARE, GREG BRYAN, INDIVIDUALLY, AND INSPECTORMAN.COM, L.L.C., D/B/A BRYAN AND BRYAN INSPECTORS, L.L.C., BRYAN AND BRYAN PEST AND TERMITE INSPECTIONS, L.L.C., BOB RYAN, INDIVIDUALLY AND ON BEHALF OF ROBERT RYAN REALTORS, Appellees

### On Appeal from the 281st District Court
### Harris County, Texas
### Trial Court Cause No. 2009-28042

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 2, 2012.  On August 9, 2012, appellant filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.